IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Copeland II, Charles W | Case Number: 05 B 04841 |
|---|---|---|
| | Copeland, Tabitha | Judge: Wedoff, Eugene R |
| | Printed: 6/10/08 | Filed: 2/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 40,040.00 |  |
| Secured: |  | 36,428.66 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 1,911.34 |
| Other Funds: |  | 0.00 |
| Totals: | 40,040.00 | 40,040.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,700.00 | 1,700.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 8,930.00 | 6,420.32 |
| 4. | Citi Residential Lending Inc | Secured | 38,311.45 | 28,661.93 |
| 5. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 6. | Citi Residential Lending Inc | Secured | 6,000.00 | 1,346.41 |
| 7. | Toyota Motor Credit Corporatio | Unsecured | 358.91 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 27.59 | 0.00 |
| 9. | Beneficial Illinois Inc | Unsecured | 262.34 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 39.95 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 23.90 | 0.00 |
| 12. | Nextel Communications | Unsecured | 54.06 | 0.00 |
| 13. | Credit Collection | Unsecured |  | No Claim Filed |
| 14. | Calumet Dermatology Associates | Unsecured |  | No Claim Filed |
| 15. | Northland Group Inc | Unsecured |  | No Claim Filed |
| 16. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 17. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 18. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 19. | Monitonics International Inc | Unsecured |  | No Claim Filed |
| 20. | Primary Healthcare Associates | Unsecured |  | No Claim Filed |
| 21. | St Margaret Mercy Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 55,708.20 | $ 38,128.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Copeland II, Charles W  
Copeland, Tabitha  
Printed: 6/10/08

Case Number: 05 B 04841  
Judge: Wedoff, Eugene R  
Filed: 2/14/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 4%       | 201.60     |
| 3%       | 151.20     |
| 5.5%     | 436.70     |
| 5%       | 290.00     |
| 4.8%     | 352.32     |
| 5.4%     | 479.52     |
|          | _____ |
|          | $ 1,911.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

